MICHAEL L. SWAIN (133260)
ROSS I. LANDAU (259260)
SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 600
Long Beach, California 90802
Telephone: (562) 983-7833
Facsimile: (562) 983-7835
E-mail: mswain@swaindipolito.com
        rlandau@swaindipolito.com

Attorneys for Defendants,
HMM (AMERICA), INC., and
HMM Co., Ltd. (f.k.a. HYUNDAI MERCHANT MARINE COMPANY, LTD.)

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ARENA NATURALS, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HMM (AMERICA), INC., a California Corporation; HYUNDAI MERCHANT MARINE COMPANY, LTD., a foreign corporation; DOES 1-10,<br><br>    Defendants. | Case No. 2:21-cv-08917-VAP-E<br><br>[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action, be and hereby is dismissed without prejudice, with each party to bear its own costs and fees.

DATED: March 24, 2022

/s/ Virginia A. Phillips
UNITED STATES DISTRICT JUDGE

- 1 -
Order re: Dismissal Without Prejudice